**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT WILHELM, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-cv-01057-GBW |
| ) | |
| v. ) | |
| ) | |
| SOVOS BRANDS, INC., WILLIAM R. ) | JURY TRIAL DEMANDED |
| JOHNSON, TODD R. LACHMAN, ) | |
| JEFFERSON M. CASE, VALARIE L. ) | |
| SHEPPARD, DAVID ROBERTS, ) | |
| VIJAYANTHIMALA SINGH, TAMER ) | |
| ABUAITA, and NEHA U. MATHUR, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: October 19, 2023

**LONG LAW, LLC**

By:  */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*